WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED '06 OCT 27 13:31 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHARON EDWARDS**,                                        CV # 05-1367-KI

   Plaintiff,

vs.                                                        ORDER

**COMMISSIONER of Social Security**,

   Defendant.

---

   Attorney fees in the amount of $5,500.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 27 day of _____Oct_____, 2006.

_____
United States District Judge

Submitted on October 26, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1